```
                                    FILED
                              CLERK, U.S. DISTRICT COURT

                                   AUG 18 2008

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANTHONY LOWELL ENDSLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>OCTAVIO LUNA,<br><br>    Defendant. | NO. CV 06-04100 DSF (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br>**CONCLUSIONS, AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE**<br>**WITH MODIFICATIONS** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint ("FAC"), Defendant's Motion to Dismiss, Plaintiff's Opposition and Objections, Defendant's Reply and Objections, all the records and files herein, and the Amended Report and Recommendation of the United States Magistrate Judge. After having made a <u>de novo</u> determination of the portions of the Amended Report and Recommendation to which Defendant's and Plaintiff's Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge, and the Objections do not cause the Court to reject or modify them, except as noted here. Accordingly, the Court accepts and adopts the Magistrate Judge's Amended Report and

Recommendation,[1] as modified below:

IT IS ORDERED that: (1) Defendant's Motion to Dismiss is DENIED as it pertains to Plaintiff's substantive due process claim as alleged in Claim I of the FAC and retaliation claim as alleged in Claim III of the FAC; (2) Defendant's Motion to Dismiss is GRANTED as it pertains to Plaintiff's procedural due process claim as alleged in Claim I of the FAC, Plaintiff's <u>Turner v. Safley</u> claim as alleged in Claim IV of the FAC, Plaintiff's equal protection claim as alleged in Claim III of the FAC, Plaintiff's claim alleging deprivation of treatment services as alleged in Claim II of the FAC, and Plaintiff's access to the courts claim as alleged in Claim V of the FAC; and (3) Plaintiff's procedural due process claim, <u>Turner v. Safley</u> claim, and access to the courts claim[2] are DISMISSED without leave to amend.

IT IS FURTHER ORDERED THAT Plaintiff may file an amended complaint in accordance with this order no later than September 30, 2008. If Plaintiff files an amended complaint, Defendant shall file a responsive pleading within 20 days of service of that complaint. If Plaintiff fails to file a timely amended complaint, Defendant shall answer Plaintiff's substantive due process and retaliation claims no later than October 20, 2008. The magistrate judge shall have the authority to extend these deadlines for good cause shown.

---

[1] The Court clarifies that the motion to dismiss based on qualified immunity is denied without prejudice to a future motion. At page 7, line 3, "polices" should be "policies" and at page 8, line 8, "allege claim" should read "allege a claim."

[2] Plaintiff stated that he had no objection to the finding on this claim.

1 | The Clerk of the Court shall serve copies of this Order on
2 | Plaintiff and counsel for Defendant.

DATED: 8-13-08

/s/ Dale S. Fischer
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE