1
2
3
4
5
6
7
8
**UNITED STATES DISTRICT COURT**
9
**CENTRAL DISTRICT OF CALIFORNIA**
10
11  MARC ANTHONY LOWELL ENDSLEY,     )   NO. CV 06-04100 DSF (SS)
                                      )
12              Plaintiff,            )
                                      )   **ORDER ADOPTING FINDINGS,**
13        v.                          )
                                      )   **CONCLUSIONS AND RECOMMENDATIONS**
14  OCTAVIO LUNA,                     )
                                      )   **OF UNITED STATES MAGISTRATE JUDGE**
15                                    )
            Defendant.                )
16  _____ )
17
18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,
19  all of the records and files herein, the Magistrate Judge's Report and
20  Recommendation, and Petitioner's Objections.  After having made a de
21  novo determination of the portions of the Report and Recommendation to
22  which Objections were directed, the Court concurs with and adopts the
23  findings, conclusions and recommendations of the Magistrate Judge,
24  except that the citation on page 15, line 19 is replaced with the
25  following: Center for Bio-Ethical Reform, Inc., 533 F.3d at 786.
26  \\
27  \\
28  \\

Accordingly, IT IS ORDERED THAT:

1.  Defendant's Motion for Summary Judgment is GRANTED.

2.  Plaintiff's Motion for Partial Summary Judgment is DENIED.

3.  Judgment shall be entered in favor of Defendant and against Plaintiff on all claims raised in the Third Amended Complaint.

4.  This action shall be DISMISSED with prejudice.

5.  The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Plaintiff and on counsel for Defendant.

DATED: 11/12/09

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

2