JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANTHONY LOWELL ENDSLEY, | NO. CV 06-04100 DSF (SS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| OCTAVIO LUNA, | |
| Defendant. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment shall be granted. Judgment is entered in favor of the Defendant and against Plaintiff on the entire Third Amended Complaint. Plaintiff's Third Amended Complaint is dismissed with prejudice.

DATED: 11/12/09

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE